IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIA RUSSELL, individually<br>anf on behalf of all those<br>similarly situated | )<br>)<br>) | 8:14cv319 |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WERNER ENTERPRISES, INC., and<br>DOES 1-100 inclusive | )<br>) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 45).

IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

**Friday, February 13, 2015, at 10:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th
Plaza, **OMAHA**, Nebraska, to establish a final progression order
for this case.  The parties may participate by telephone by
notifying Judge Strom's office prior to said date.

DATED this 22nd day of January, 2015.

BY THE COURT:


/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court