IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANTONIO RUSSELL, individually )
and on behalf of all those    )
similarly situated,           )
                              )
            Plaintiff,        )       8:14CV319
                              )
       v.                     )
                              )
WERNER ENTERPRISES, INC.,     )       ORDER
and DOES 1-100, inclusive,    )
                              )
            Defendants.       )
_____)
```

In accordance with the Rule 26(f) planning conference report (Filing No. 45) filed by the parties:

IT IS ORDERED:

1) Mandatory disclosures shall be made to the opposing party no later than April 27, 2015.

2) Motions to amend pleadings shall be filed by March 27, 2015.

3) Discovery limited to class certification shall be completed by November 16, 2015.

4) Plaintiff shall have until January 15, 2016, to file a motion to certify a class.

5) Defendant will file a response to plaintiff's motion for class certification by February 15, 2016.

  6) Plaintiff shall have until March 8, 2016, to file a reply to defendant's response.

  7) Experts and expert reports on class certification for affirmative testimony shall be served by July 1, 2015.

  8) Expert and expert reports for rebuttal testimony shall be served by August 14, 2015.

  9) Expert and expert reports for reply testimony shall be served by September 1, 2015.

  10) *Daubert* motions for class certification are due on November 16, 2015.

  DATED this 18th day of February, 2015.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court