IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANTONIO RUSSELL, individually )
and on behalf of all those    )
similarly situated,           )
                              )
             Plaintiffs,      )         8:14CV319
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC.,     )         ORDER
DRIVERS MANAGEMENT, LLOC,     )
and DOES 1-100, inclusive,    )
                              )
             Defendants.      )
_____)
```

This matter is before the Court on the joint stipulation for leave to file second amended complaint for Violation of California Labor Code, California Industrial Welfare Commission Orders, and California Unfair Competition Law (Filing No. 50). The Court finds the stipulation should be approved and adopted in part. Accordingly,

IT IS ORDERED:

1) Leave is granted to plaintiffs to file a second amended complaint.

2) A separate second amended complaint shall be filed on or before April 6, 2015.

3) Defendants' response to the second amended complaint shall be filed within twenty days after the filing of the amended complaint.

DATED this 30th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court