```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

ANTONIO RUSSELL, individually )
and on behalf of all those    )
similarly situated,           )
                              )
            Plaintiffs,       )          8:14CV319
                              )
       v.                     )
                              )
WERNER ENTERPRISES, INC.,     )          ORDER
DRIVERS MANAGEMENT, LLOC,     )
and DOES 1-100, inclusive,    )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the joint stipulation of dismissal of plaintiff Antonia Russell's claims pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Filing No. 54). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted. Antonia Russell is dismissed as a plaintiff in this action.

DATED this 24th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court