IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EZEQUIEL OLIVARES ABARCA,      )
individually and on behalf of  )
all those similarly situated,  )
                               )
            Plaintiffs,        )         8:14CV319
                               )
      v.                       )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
DRIVERS MANAGEMENT, LLOC,      )
and DOES 1-100, inclusive,     )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file third amended complaint (Filing No. 76).  The Court notes defendants have no objection.  Accordingly,

IT IS ORDERED that plaintiffs' motion for leave to file third amended complaint is granted.  Plaintiffs shall file their third amended complaint on or before September 25, 2015.

DATED this 15th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court