IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EZEQUIEL OLIVARES ABARCA,      )
individually nd on behalf of   )
all those similarly situated,  )
et al.,                        )
                               )
          Plaintiffs,          )          8:14CV319
                               )
     v.                        )
                               )
WERNER ENTERPRISES, INC.,      )          ORDER
and DOES 1-100, inclusive,     )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion to compel deposition appearances and request for expedited briefing (Filing No. 91).  The Court will grant the plaintiffs' motion for expedited briefing.  Accordingly,

IT IS ORDERED that the motion for expedited briefing is granted.  Defendants shall have until October 13, 2015, to respond.  Plaintiffs shall have until October 20, 2015, to file a reply.

DATED this 8th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court