IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EZEQUIEL OLIVARES ABARCA,      )
individually nd on behalf of   )
all those similarly situated,  )
et al.,                        )
                               )
            Plaintiffs,        )      8:14CV319
                               )
       v.                      )
                               )
WERNER ENTERPRISES, INC.,      )         ORDER
and DOES 1-100, inclusive,     )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion to strike incomplete document (Filing No. 86). The Court finds the motion should be granted as the complete document has been filed as Filing No. 85. Accordingly,

IT IS ORDERED that the motion to strike is granted. The clerk of court shall strike the incomplete document, Filing No. 84.

DATED this 14th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court