IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV319 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., and DOES 1-100, inclusive, | ) ) ) | |
| Defendants. | ) ) | |
| WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV287 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., d/b/a C.L. WERNER, INC., a corporation, and DOES 1-100, inclusive, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the parties' stipulation to extend scheduling order deadlines (Filing No. 124 in 8:14CV391; Filing No. 39 in 8:15CV287):

IT IS ORDERED:

1) Mandatory disclosures shall be made to the opposing party no later than January 15, 2016.

2) Discovery limited to class certification shall be completed by March 1, 2016.

3) Plaintiffs shall have until April 1, 2016, to file a motion to certify a class.

4) Defendants will file a response to plaintiffs' motion for class certification by April 27, 2016.

5) Plaintiffs shall have until May 19, 2016, to file a reply to defendant's response.

DATED this 12th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court