IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EZEQUIEL OLIVARES ABARCA, individually nd on behalf of all those similarly situated, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV319 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., and DOES 1-100, inclusive, | ) ) ) | |
| Defendants. | ) ) | |
| WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:15CV287 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., d/b/a C.L. WERNER, INC., a corporation, and DOES 1-100, inclusive, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The above two cases having been consolidated,

IT IS ORDERED:

1) Case No. 8:14CV319 is deemed the Lead Case. Case No. 8:15CV287 is designated as the "Member Case."

2) The Court's CM/ECF System now has the capacity for "spreading" text among consolidated cases. If properly docketed,

the documents filed in the Lead Case will automatically be filed in a Member Case.  To this end, **the parties are instructed to file in the Lead Case, No. 8:14CV319, all further documents except those described in Paragraph 3 and to select the option "yes" in response to the System's question whether to spread the text**.

3) The parties may **not** use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

4)  If a party believes that an item in addition to those described in paragraph 3 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases.  The motion must be filed in all the consolidated cases using the spread text feature.

DATED this 22nd day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court