# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated; ALFREDO ALESNAJR., individually and on behlf of all those similarly situated; DAVID CAGLE, individually and on behalf of all those similarly situated; STEPHEN L. DAVIS, individually and on behalf of all those similarly situated; FRANK EADS, individually and on behalf of all those similarly situated; and KENNETH J. SURMAN, individually and on behalf of all those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., DOES 1-100, inclusive; and DRIVERS MANAGEMENT, LLC,<br><br>Defendants. | 8:14CV319<br><br>**ORDER TO SHOW CAUSE** |
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and on behalf of the general public;<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., a corporation; and DOES 1-100, inclusive;<br><br>Defendants. | 8:15CV287<br><br>**ORDER TO SHOW CAUSE** |

The Court's records show the Office of the Clerk of Court sent a letter on October 8, 2019, (Filing No. 267 in case 8:14cv319 and Filing No. 173 in case 8:15cv287), to William D. Turley by electronic filing. The letter directed the attorney to pay the 2019/2020 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days of the date of the letter. As of the close of business on November 20, 2019, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. Accordingly,

1

**IT IS ORDERED:** On or before **December 5, 2019**, attorney William D. Turley shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing William D. Turley as counsel of record for the Plaintiff.

Dated this 22nd day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge