# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated; ALFREDO ALESNAJR., individually and on behalf of all those similarly situated; DAVID CAGLE, individually and on behalf of all those similarly situated; STEPHEN L. DAVIS, individually and on behalf of all those similarly situated; FRANK EADS, individually and on behalf of all those similarly situated; and KENNETH J. SURMAN, individually and on behalf of all those similarly situated;<br><br>            Plaintiffs,<br><br>    vs.<br><br>WERNER ENTERPRISES, INC., DOES 1-100, inclusive; and DRIVERS MANAGEMENT, LLC,<br><br>            Defendants. | **8:14CV319**<br><br>**ORDER** |
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and on behalf of the general public;<br><br>            Plaintiff,<br><br>    vs.<br><br>WERNER ENTERPRISES, INC., a corporation; and DOES 1-100, inclusive;<br><br>            Defendants. | **8:15CV287**<br><br>**ORDER** |

William D. Turley is listed as counsel of record for the Plaintiffs. The court records show the Office of the Clerk of Court sent a notice on October 8, 2019, (Filing No. 267 in 8:14cv319 and Filing No. 173 in 8:15cv287) to William D. Turley by electronic filing. The notice directed the attorney to pay the 2019/2020 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on November 21, 2019, the attorney had not complied with

the request set forth in the notice from the Office of the Clerk. On November 22, 2019, the court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the court by December 5, 2019, (Filing No. 268 in 8:14cv319 and Filing No. 174 in 8:15cv287). William D. Turley did not respond to the court's order. Accordingly,

**IT IS ORDERED:** William D. Turely is stricken as an attorney of record for the Plaintiffs. Said attorney may apply to be readmitted as an attorney of record only after paying the 2019/2020 attorney assessment fee, as required by NEGenR 1.7(h).

Dated this 9th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge