# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, et al, individually and on behalf of all those similarly situated, | **8:14CV319** <br><br> **ORDER** |
| and | |
| WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public, | **8:15CV287** <br><br> **ORDER** |
| and | |
| BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated, | **8:17CV145** <br><br> **ORDER** |
| and | |
| DANIEL BRYANT, individually and on behalf of all others similarly situated, | **8:20CV227** <br><br> **ORDER** |
| Plaintiffs, | |
| vs. | |
| WERNER ENTERPRISES, INC., et al., | |
| Defendants. | |

**IT IS ORDERED** that the motion to withdraw filed by James M. Sitkin, and his firm, Law Offices of James M. Sitkin, as counsel of record for Plaintiffs (Filing No. 306 in Case. No. 8:14cv319) is granted. Mr. Sitkin shall no longer receive electronic notice in these consolidated cases.

Dated this 11th day of January 11, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge