# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EZEQUIEL OLIVARES ABARCA, et al,** individually and on behalf of all those similarly situated, | 8:14CV319<br><br>ORDER |
| and | |
| **WILLIAM SMITH,** on behalf of himself and all others similarly situated, and on behalf of the general public, | 8:15CV287<br><br>ORDER |
| and | |
| **BRIAN VESTER and JOEL MORALES,** individually and on behalf of all others similarly situated, | 8:17CV145<br><br>ORDER |
| and | |
| **DANIEL BRYANT,** individually and on behalf of all others similarly situated, | 8:20CV227<br><br>ORDER |
| Plaintiffs, | |
| vs. | |
| **WERNER ENTERPRISES, INC., et al.,** | |
| Defendants. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 411 in the lead case) is granted and Patrick S. Cooper is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Patrick S. Cooper in this case.

Dated this 22nd day of December, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge