IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated; | |
| Plaintiffs, | |
| v. | **8:14CV319**<br>**(Lead Case)** |
| WERNER ENTERPRISES, INC., et al., | |
| Defendants. | |
| _____ | **ORDER** |
| WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public, | |
| Plaintiffs, | |
| v. | **8:15CV287**<br>**(Member Case)** |
| WERNER ENTERPRISES, INC., et al., | |
| Defendants. | |
| _____ | |
| BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | **8:17CV145**<br>**(Member Case)** |
| WERNER ENTERPRISES, INC., et al., | |
| Defendants. | |

1

This matter is before the Court on the parties' Stipulation and Proposed Order to Reinstate Plaintiffs in the *Vester* Action as Members of the Certified Classes. Filing No. 465.[1] The parties agree that the exclusion requests previously submitted by Brian Vester and Joel Morales are withdrawn. Accordingly,

IT IS ORDERED:

1. Filing No. 465 is granted. Brian Vester and Joel Morales are reinstated as members of the certified classes and shall be represented by class counsel.

Dated this 10th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] In case 14cv319. Filing No. 370 in 15cv287 and Filing No. 327 in 17cv145.