# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, et al, individually and on behalf of all those similarly situated; | 8:14CV319<br><br>ORDER |
| and | |
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and on behalf of the general public, | 8:15CV287<br><br>ORDER |
| and | |
| BRIAN VESTER, et al., individually and on behalf of all others similarly situated, | 8:17CV145<br><br>ORDER |
| Plaintiffs, | |
| vs. | |
| WERNER ENTERPRISES, INC., et al., Defendants. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 546 of the lead case) is granted and Sarah L. (Sally) McGill is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Sarah L. (Sally) McGill in this case.

Dated this 3rd day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge