IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EZEQUIEL OLIVARES ABARCA, individually and on behalf of all those similarly situated; ALFREDO ALESNAJR., individually and on behalf of all those similarly situated; DAVID CAGLE, individually and on behalf of all those similarly situated; STEPHEN L. DAVIS, individually and on behalf of all those similarly situated; FRANK EADS, individually and on behalf of all those similarly situated; and KENNETH J. SURMAN, individually and on behalf of all those similarly situated,

            Plaintiffs,

    vs.

WERNER ENTERPRISES, INC., DOES 1-100, inclusive; and DRIVERS MANAGEMENT, LLC,

            Defendants.

_____

WILLIAM SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public,

            Plaintiffs,

v.

WERNER ENTERPRISES, INC., et al.,

            Defendants.

_____

BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated,

            Plaintiffs,

v.

**8:14CV319**
**(Lead Case)**


**ORDER**


**8:15CV287**
**(Member Case)**

WERNER ENTERPRISES, INC., et al.,

Defendants.

8:17CV145
(Member Case)

This matter comes before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Filing No. 750. The Court has reviewed the Motion, the accompanying Memorandum of Law, the Settlement Agreement attached to the Declaration of Justin L. Swidler as Exhibit 1-A (the "Settlement"), and the supporting materials. The Court finds that the Settlement falls within the range of possible approval and that notice should be provided to class members. Accordingly,

IT IS ORDERED:

1.  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Filing No. 750 in Case No. 8:14cv319; Filing No. 638 in Case No. 8:15cv287; and Filing No. 595 in Case No. 8:17cv145, is granted.

2.  The settlement is hereby preliminarily approved as fair, reasonable, and adequate, and within the range of possible final approval.

3.  The California Settlement Class and Nebraska Settlement Class are hereby certified for purposes of settlement. The California Settlement Class includes qualified drivers who, while residing in California, worked for Werner as a qualified driver between June 4, 2010, and July 14, 2023, and picked up or delivered at least one load for Werner in California during that period. The Nebraska Settlement Class includes all persons who worked for Werner as

qualified drivers anywhere in the United States at any time between June 4, 2010, and July 14, 2023.

4. The request for service awards of up to $15,000 for each of the seven Named Plaintiffs and up to $250 for each of the twenty-one class members who were deposed during discovery is hereby preliminarily approved.

5. Atticus Administration LLC is hereby appointed as the Settlement Administrator to oversee the notice process, maintain a database of class members, process opt-out requests and objections, calculate individual distributions, and issue payments to participating class members.

6. The form and content of the proposed class notice is hereby approved, subject to non-material modifications as may be necessary.

7. The Settlement Administrator is hereby authorized to disseminate notice to all class members via first-class mail, electronic mail, and text message. Notice shall be mailed on or before **March 5, 2026**.

8.  Class members who wish to exclude themselves from the Settlement must submit a written opt-out request to the Settlement Administrator postmarked no later than **May 4, 2026**.

9. Class members who wish to object to the Settlement must submit a written objection to the Settlement Administrator postmarked no later than **May 4, 2026**.

10. Plaintiffs' Counsel shall file their Motion for Final Approval and application for attorneys' fees, costs, and service awards no later than **June 4, 2026**.

3

11. A Final Approval Hearing is hereby scheduled for **July 24, 2026, at 10:00 AM**, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before Senior Judge Joseph F. Bataillon to determine whether the Settlement should be finally approved as fair, reasonable, and adequate.

12. All proceedings in this matter, except those necessary to effectuate the Settlement, are hereby stayed pending the Final Approval Hearing.

Dated this 5th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge